UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
IN RE *EX PARTE* APPLICATION OF          :     **ORDER UNSEALING CASE**
CLAUDIO DENIS MAKSOUD FOR AN             :
ORDER TO TAKE DISCOVERY PURSUANT         :     25 Civ. 4188 (AKH)
TO 28 U.S.C. § 1782                      :
:
:
:
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On consent of Petitioner, this case shall be unsealed in its entirety.

    SO ORDERED.

Dated:    June /2, 2025
              New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge